ENTERED
ON DOCKET

JAN 07 2003

BY DEPUTY

Judge Burgess

FILED
LODGED
RECEIVED

JAN 0 7 2003

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY
BY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ELAINE L. CHAO
Secretary of Labor,
United States Department of Labor,

        Plaintiff,

        v.

BREMERTON METAL TRADES
COUNCIL, AFL-CIO,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

NO. C99-5283FDB

STIPULATION AND ORDER

It is hereby stipulated and agreed by the parties through their respective counsel as follows:

1. This action was brought by the Plaintiff, the Secretary of Labor, under the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 401 et seq.), (the "Act"), for the purposes of setting aside the election of officers of Defendant, Bremerton Metal Trades Council ("BMTC"), which election was concluded on December 9, 1998, and requesting new nominations and new election for all officers under the supervision of the Plaintiff.

2. The parties, in settlement of this action, hereby stipulate and agree that Defendant shall conduct an election of all officers, including new nominations, by July 31, 2003, under the supervision of the Plaintiff.

**ORIGINAL**

NO. C99-5283FDB
STIPULATION AND ORDER - 1

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 450
Tacoma, Washington 98402
(253) 428-3800

3. The supervised election shall be conducted in accordance with Title IV of the Act (29 U.S.C. §§ 481-83) and, insofar as lawful and practicable, in accordance with the By-Laws of Defendant and the Constitution of the Metal Trades Department ("MTD").

4. All decisions as to interpretation or application of Title IV of the Act, the By-Laws of the Defendant and the Constitution of the MTD, relating to the supervised nominations and elections shall be made by the Plaintiff. The Plaintiff shall consult with the BMTC (and the MTD if appropriate) before interpreting or applying the BMTC By-Laws or the MTD Constitution. Plaintiff's decisions shall be final and binding unless and until set aside by this Court.

5. The Plaintiff's supervision shall extend to the entire election process, including any action that is necessary to implement election procedures; and Defendant shall not take any action to implement such procedures without the approval or authorization of the Plaintiff from the time of this settlement until the entry of final judgment by this Court.

6. The Court shall retain jurisdiction of this action, and after completion of the supervised election the Plaintiff shall certify to the Court the results of said supervision, including whether the election was conducted in accordance with Title IV of the Act, and insofar as lawful and practicable, in accordance with the provisions of the By-Laws of the Defendant and the Constitution of the MTD, and if so, certifying the names of the persons who are elected. Upon approval of such certification, the Court shall enter a final judgment declaring that such persons have been duly elected, as shown by the certification, to serve until the next regularly scheduled election of officers of BMTC is to be held in December 2004.

7. Each party to this litigation shall bear all costs, fees and other expenses incurred by such party in connection with any stage of this proceeding.

8. The Plaintiff and Defendant have entered into this stipulation for the sole purpose of resolving the issues herein and for no other purpose. By executing this stipulation Defendant does not admit any wrongdoing or violation of the Act, nor any other applicable laws related to the allegations in the Complaint.

NO. C99-5283FDB
STIPULATION AND ORDER - 2

Respectfully submitted,
JOHN MCKAY

PHILIP H. LYNCH, WSBA No. 91005
Assistant United States Attorney
Attorney for Plaintiff
1201 Pacific Avenue, Suite 450
Tacoma, Washington 98402
(253) 428-3800

MATTHEW P. LEVIN, Esq.
Office of the Solicitor
Division of Labor-Management Laws
United States Department of Labor
200 Constitution Avenue, N.W. Room 2474
Washington, D.C. 20210
(202) 693-5745

RICHARD H. ROBBLEE, Esq.
Attorney for Defendant
1100 Olive Way, Suite 1620
Seattle, Washington   98101
(206) 467-6700

## ORDER

IT IS DO ORDERED, on this ___7___ day of December 2002.

FRANKLIN D. BURGESS
United States District Judge

NO. C99-5283FDB
STIPULATION AND ORDER - 3

Judge Burgess

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ELAINE L. CHAO
Secretary of Labor,
United States Department of Labor,

        Plaintiff,

        v.

BREMERTON METAL TRADES
COUNCIL, AFL-CIO,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

NO. C99-5283FDB

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers;

That on January 3, 2003, she caused copies of the foregoing STIPULATION AND ORDER and this CERTIFICATE OF SERVICE to be served upon the individual hereinafter named by placing said copies in the United States mail, postage prepaid, and addressed as follows:

Richard H. Roblee, Esq.
1100 Olive Way, Suite 1620
Seattle, WA 98101

MATTHEW P. LEVIN, Esq.
United States Department of Labor
200 Constitution Avenue, N.W. Room 2474
Washington, D.C. 20210

DATED this 3 day of January, 2003

CENITA L. WILLIAMSON
Legal Assistant

(C99-5283FDB)
CERTIFICATE OF SERVICE - 1

car

United States District Court
for the
Western District of Washington
January 7, 2003

* * MAILING CERTIFICATE OF CLERK * *

Re:  3:99-cv-05283

True and correct copies of the attached were mailed by the clerk to the
following:

        Philip H Lynch, Esq.
        U S ATTORNEY'S OFFICE
        STE 450
        1201 PACIFIC AVE
        TACOMA, WA   98402
        FAX 1-253-428-3826

        Richard H. Robblee, Esq.
        RINEHART & ROBBLEE
        STE 1620
        1100 OLIVE WAY
        SEATTLE, WA   98101
        FAX 467-7589

        Robert Matisoff, Esq.
        O'DONOGHUE & O'DONOGHUE
        4748 WISCONSIN AVE NW
        WASHINGTON, DC   20016

        Judge Burgess