COPY RECEIVED

SEP 10 2003

UNITED STATES ATTORNEY
Tacoma, Washington

LODGED

Judge Burgess

SEP 10 2003

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____DEPUTY

99-CV-05283-STIP

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

ELAINE L. CHAO
Secretary of Labor,
United States Department of Labor,

        Plaintiff,

        v.

BREMERTON METAL TRADES
COUNCIL, AFL-CIO,

        Defendant.

**NO. C99-5283FDB**

**STIPULATION AND
ORDER OF DISMISSAL**

In accordance with Rule 41(a)(1)(ii), Federal Rules of Civil Procedure and the enclosed Certification of Election, it is hereby stipulated and agreed by the parties, through their undersigned attorneys of record, that this action may be dismissed with prejudice and without costs.

DATED this _____9th_____ day of September, 2003

_____
PHILIP H. LYNCH, WSBA# 91005
Assistant United States Attorney

_____
RICHARD H. ROBBLEE
Defendant's Attorney

(C99-5283FDB)
STIPULATION AND ORDER OF DISMISSAL - 1

**ORIGINAL**

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ELAINE L. CHAO,<br>Secretary of Labor,<br>United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>BREMERTON METAL TRADES<br>COUNCIL, AFL-CIO,<br><br>Defendant. | NO. C99-5283FDB<br><br>Judge Franklin D. Burgess |

## CERTIFICATION OF ELECTION

The election of officers having been conducted in the above matter under the supervision of the Secretary of Labor,[1] United States Department of Labor, pursuant to a Stipulation and Order, filed on January 7, 2003, in the United States District Court for the Western District of Washington at Tacoma, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. §§ 481-483) and in conformity with the Constitution and Bylaw provisions applicable to the defendant labor organization, insofar as lawful and practicable, and no complaints having been received concerning the conduct thereof, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

---

[1] Alexis Herman, former Secretary of Labor, originally brought this action. Successor Elaine L. Chao is automatically substituted as party in accordance with Rule 25(d)(1) of the Federal Rules of Civil Procedure.

ORIGINAL

**IT IS HEREBY CERTIFIED** that the following named candidates have been duly elected to the offices designated:

| | |
|---|---|
| Rick Williams | President |
| William Buettgenbach | Vice President |
| Patrick Abbott | Secretary-Treasurer |
| Andreas Meyer | Trustee |
| Kevin Cavanaugh | Trustee |
| Warren Young | Trustee |
| Sam Stuart | Sgt. At Arms |

Signed this _19th_ day of _August_, 2003.


John H. Heaney, Chief
Division of Enforcement
Office of Labor-Management Standards
Employment Standards Administration
United States Department of Labor

2

COPY RECEIVED

SEP 10 2003

UNITED STATES ATTORNEY
Tacoma, Washington

Judge Burgess

LODGED
RECEIVED

SEP 10 2003

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ELAINE L. CHAO
Secretary of Labor,
United States Department of Labor,

           Plaintiff,

    v.

BREMERTON METAL TRADES
COUNCIL, AFL-CIO,

           Defendant.

NO. C99-5283FDB

**ORDER OF DISMISSAL**

Plaintiff and Defendant having so stipulated,

IT IS HEREBY STIPULATED that this action is DISMISSED with prejudice and without costs.

DATED this _____ day of _____, 2003.

_____
FRANKLIN D. BURGESS
United States District Judge

Presented by:

_____
PHILIP H. LYNCH, WSBA #91005
Assistant U.S. Attorney

_____
RICHARD H. ROBBLEE, ESQ.
Attorney for Defendant

(C99-5283FDB)
STIPULATION AND ORDER OF DISMISSAL - 2

ORIGINAL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800